AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) — Page 1 of 2 (Page 2 Not for Public Disclosure)

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Rashawn Ahamd Stewart ) | Case No: 4:13-CR-00007-3 |
|  ) | USM No: 17928-021 |
| Date of Original Judgment: March 19, 2014 ) | Daveniya E. Fisher |
| Date of Previous Amended Judgment: N/A ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | |

Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __128__ months **is reduced to** __112 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
JUN 11 2015
CLERK
SO. DIST. OF GA

Except as otherwise provided above, all provisions of the judgment dated __March 19, 2014,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __June 19, 2015__

_____
Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia
Printed name and title

Effective Date: __November 1, 2015__
*(if different from order date)*