IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )   CASE NO. 4:13-cr-00007-3
                                  )
Rashawn Ahamd Stewart,            )
      Defendant.                  )
                                  )
                                  )

## O R D E R

On February 4, 2019, Defendant Stewart petitioned the Court to issue a recommendation to the Bureau of Prisons regarding the length of his stay at a Residential Reentry Center (Doc. 894). The Government responded in opposition to Defendant's motion.

On November 1, 2019, Defendant was released from the custody of the Bureau of Prisons and is presently serving his supervised release term.

Because Defendant is no longer in custody, his motion is **DENIED AS MOOT.**

SO ORDERED this _31st_ day of _MARCH_, 2020.


_____
WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT